FILED

2026 SEP 23 AM 10:54

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

GSA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v. | PLAINTIFF | CASE NUMBER:<br>2:26-CR-00424-CV-14 |
| JORGE LUIS CANELO<br>USMS# 68208-512 | DEFENDANT | **REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 9.23.26 , 10:30 ☑ AM ☐ PM
2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☐ No
3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☐ Yes ☐ No
4. Charges under which defendant has been booked:

   TITLE 18 3583 (e)(3)

5. Offense charged is a: ☑ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
6. Interpreter Required: ☑ No ☐ Yes Language: ____________
7. Year of Birth: 1998
8. Defendant has retained counsel: ☐ No

   ☐ Yes Name: ____________ Phone Number: ____________

9. Name of Pretrial Services Officer notified: DUTY OFFICER
10. Remarks (if any): ____________
11. Name: J. Santa (please print)
12. Office Phone Number: (213) 620-7676
13. Agency: USMS
14. Signature: [signature]
15. Date: 9.23.26