**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA, PLAINTIFF

v.

Jorge Luis Canelo

DEFENDANT.

☑ LA ☐ RS ☐ SA DATE FILED: 6/30/2026

CASE NUMBER: 2:26-cr-00424-CV ☐ Under Seal

INIT. APP. DATE: 9/23/2026 TIME: 1:30 PM

CHARGING DOC: PO Warrant

DEFENDANT STATUS: In Custody

☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT

VIOLATION: 18:3583(e)(3)

COURTSMART/REPORTER: C/S 9/23/26

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** A. Joel Richlin

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Nicholas Huynh — *Deputy Clerk*; Nathan Wong, Thi Ho, AUSA — *Assistant U.S. Attorney*; N/A — *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☐ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☐ Defendant states true name ☐ is as charged ☐ is ______

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☐ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Ian Michael Wallach ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☐ DFPD ☑ Panel ☐ Poss. Contribution Ordered (see separate order) ☑ Special appearance by: Karen L. Goldstein ☐ CJA 1-Day Provisional Appt ______

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☐ WITHDRAWN ☑ CONTINUED

☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ ______ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☑ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge ______. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge ______ for the setting of further proceedings.

☐ Preliminary Hearing set for ______ at ______ in Los Angeles

☐ Post-Indictment Arraignment set for: ______ at ______ in Los Angeles

☐ Government's motion to dismiss case/defendant ______ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to ______ District of ______

☐ Bond to transfer, if bail is posted. Defendant to report on or before ______

☐ Warrant of removal and final commitment to issue. Date issued: ______ By CRD: ______

☐ Warrant of removal and final commitment are ordered stayed until ______.

☑ Case continued to (Date) 9/25/26 (Time) 2:30 ☐ AM / ☑ PM

☑ Type of Hearing: Continued Detention Hearing Before Judge A. Scott Richlin /Duty Magistrate Judge.
Proceedings will be held in the ☐ Duty Courtroom ☑ Judge's Courtroom 780

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (*if issued using Release Book*: Release Order No. ______ ).

☑ Other: Pursuant to Rule 5(f), the Court Orders the Government to comply with the disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963) and its progeny, and the Court reminds the Government of the possible consequences of violating such order, which include exclusion of evidence, adverse jury instructions, dismissal of charges, and sanctions.

☑ Waive Prelim

*RECEIVED:* ☑ PSA ☐ PROBATION ☑ FINANCIAL ☑ CR-10 ☐ READY

Deputy Clerk Initials nth

0 : 10