TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division
JORDAN L. PATTERSON (Cal. Bar No. pending)
Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-8500
Facsimile: (213) 894-0141
E-mail: jordan.patterson2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JORGE LUIS CANELO,

Defendant.

No. 2:26-cr-00424-CV

STIPULATION AND REQUEST FOR ORDER MODIFYING TERMS OF SUPERVISED RELEASE

Plaintiff United States of America, by and through its counsel of record, the United States Attorney's Office for the Central District of California and Assistant United States Attorney Jordan L. Patterson, and defendant JORGE LUIS CANELO ("defendant"), by and through his counsel of record, Ian Wallach, hereby stipulate to, and request the Court for, an order modifying the conditions of defendant's supervised release as follows:

1. Defendant shall reside for a period not to exceed 180 days in a residential reentry center (community corrections component),

as directed by the Probation Officer, and shall observe the rules of that facility.

Regarding the Violation Report submitted by United States Probation and Pretrial Services on September 2, 2026, for which defendant admitted the allegations therein on September 29, 2026, the parties propose a sentencing hearing date of October 6, 2026 at 4:00 p.m.

IT IS SO STIPULATED.

Dated: September 29, 2026

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney &
Chief, Criminal Division

/s/ Jordan L. Patterson
JORDAN L. PATTERSON
Assistant United States Attorney
General Crimes Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: September 29, 2026

*/s/ with email authorization from*

IAN WALLACH
Attorney for Defendant
JORGE LUIS CANELO

**Local Rule 5-4.3.4 Attestation**

I, Jordan L. Patterson, attest that all signatories listed, who electronically signed with a “s” and on whose behalf the filing is submitted, concur in the content of and have authorized the filing.

*/s/ Jordan L. Patterson*