UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CRIMINAL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cr-00424-CV-14 | Date | September 29, 2026 |

Present: The Honorable CYNTHIA VALENZUELA, UNITED STATES DISTRICT JUDGE

Interpreter None

| Jessica Cortes | ECRO | Jordan Patterson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust | S/R | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jorge Luis Canelo | X | X | | Ian Michael Wallach | X | X | |

**PROCEEDINGS:** PRELIMINARY REVOCATION OF SUPERVISED RELEASE

The matter is called, and counsel state their appearances. Also present is Helen Zaytseva, United States Probation and Pretrial Services Officer. The Court and counsel confer. The Defendant is sworn and admits Allegation Numbers 1 through 4 as set forth in the Petition on Probation and Supervised Release filed on September 2, 2026 (the "Petition"). Doc. # 258.

The Court finds there is a factual basis for the admission as to the allegations in the Petition. The Court further finds the Defendant understands his constitutional rights, including his right to a hearing, and has waived those rights. The Court accepts the admission as knowingly, voluntarily, and intelligently made.

At counsel's request, sentencing is continued to a later date to be provided to the Court by the parties through stipulation. The Parties are ordered to file a stipulation re: modification of supervised release terms and sentencing by end of day.

cc: United States Probation & Pretrial Services Office
cc: USMS

: 38

Initials of Deputy Clerk jc