UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JORGE LUIS CANELO,<br>Defendant. | No. 2:26-cr-00424-CV<br><br>ORDER MODIFYING TERMS AND CONDITIONS OF SUPERVISED RELEASE |

On September 29, 2026, the Parties filed a Joint Stipulation and Request for Order Modifying Terms of Supervised Release ("Stipulation"). Doc. # 268. The Court, having considered the Parties' Stipulation and good cause having been found, hereby GRANTS the Stipulation and ORDERS that the terms and conditions of Defendant JORGE LUIS CANELO's supervised release be modified to add the following condition:

Defendant JORGE LUIS CANELO shall reside for a period not to exceed 180 days in a residential reentry center (community corrections component), as directed by the Probation Officer, and shall observe the rules of that facility.

Further, the Court sets a sentencing hearing on October 6, 2026, at 4:00 p.m. for the allegations contained in the United States Probation and Pretrial Services Violation Report dated September 2, 2026.

IT IS SO ORDERED.

9/29/26
DATE

Cynthia Valenzuela
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE