UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:26-cr-00424-CV-1 – USA v. Canelo | Date | October 6, 2026 |

Present: The Honorable CYNTHIA VALENZUELA, UNITED STATES DISTRICT JUDGE

Interpreter N/A

| Jessica Cortes | ECRO | Jordan Patterson |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust | S/R | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Jorge Luis Canelo | X | | X | Ian Michael Wallach | X | X | |

**PROCEEDINGS:** SENTENCING RE: REVOCATION OF SUPERVISED RELEASE

The matter is called, and counsel state their appearances. Also present is Helen Zaytseva, United States Probation and Pretrial Services Officer. The court and counsel confer.

The Court imposes sentence on the Defendant. See separate Judgment on Revocation of Supervised Release.

Defendant is informed of his right to appeal.

Defendant shall be released to the custody of the United States Probation Office.

**IT IS SO ORDERED.**

cc: USPO

: 12

Initials of Deputy Clerk jc