UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br>JORGE LUIS CANELO,<br>Defendant. | Case No. 2:26-cr-00424-CV-1<br><br>**JUDGMENT AND COMMITMENT ORDER RE: VIOLATION OF SUPERVISED RELEASE CONDITIONS** |

On October 6, 2026, Defendant JORGE LUIS CANELO, appeared before the Court with his appointed counsel, Ian Michael Wallach, CJA, for hearing on the Probation Officer's Petition for Revocation of Supervised Release. Jordan Patterson, AUSA appeared for the Government. The U.S Probation and Pretrial Services Officer, Helen Zaytseva, was also present.

On September 29, 2026, Defendant was advised of his constitutional rights and Defendant's constitutional waivers were taken. Defendant voluntarily waived his right to a hearing on the Petition. Defendant was sworn in and the Court questioned Defendant regarding the alleged violations of supervised release.

Defendant ADMITTED Allegation Nos. 1 through 4, as charged in the Petition. The Court accepted Defendant's admissions and found Defendant in violation of supervised release terms and conditions imposed on August 3, 2026.

The Court reprimanded Defendant. Defendant was admonished that strict compliance with the terms of supervised release is required. Failure to comply may result in return to prison for all or part of the term of supervised release allowed by law.

IT IS SO ORDERED that the term of supervised release shall be continued under the same terms and conditions previously imposed with the following additional conditions of supervised release:

- Jorge Luis Canelo must report to the nearest U.S Probation and Pretrial Services Office within 72 hours of imposition of a sentence of probation or release from imprisonment, unless otherwise directed by the probation officer.
- Jorge Luis Canelo shall reside at, participate in and successfully complete a residential substance abuse treatment and counseling program approved by the United States Probation and Pretrial Services Office, that includes testing to determine whether he has reverted to the use of drugs or alcohol; and he shall observe the rules of that facility.
- Jorge Luis Canelo shall participate in mental health treatment, which may include evaluation and counseling until discharged from the program by the treatment provider, with the approval of the probation officer.
- Jorge Luis Canelo shall not associate with anyone known to him to be a member of the Latin Kings Gang and others known to him to be participants in the Latin King Gang's criminal activities, with the exception of his family members. Defendant may not wear, display, use

or possess any gang insignias, emblems, badges, buttons, caps, hats, jackets, shoes, or any other clothing that offender knows evidence affiliation with the Latin Kings Gang, any may not display any signs or gestures that he knows evidence affiliation with the Latin Kings Gang.

- Jorge Luis Canelo shall not be present in any area known to him to be a location where members of the Latin Kings Gang meet or assemble.
- Jorge Luis Canelo shall reside for a period not to exceed 365 days in a residential reentry (pre-release component), as directed by the Probation Officer, and shall observe the rules of that facility.

Defendant is advised of his right to appeal.

Defendant shall be released to the custody of United States Probation Office.

Dated: October 6, 2026

Cynthia Valenzuela

CYNTHIA VALENZUELA
United States District Judge

Dated: October 6, 2026

Jessica Cortes

J. Cortes, DEPUTY CLERK
Brian D. Karth, Clerk Of The Court